# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GABRIEL SMITH and MAI AMIN, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| vs ) | FILE NO. _____ |
| ) | |
| OFFICER MATTHEW P. ABAD, In his ) | |
| Individual and Official Capacity and ) | |
| SERGEANT ANDREW MOLINE, ) | |
| In his Individual and Official Capacity and ) | |
| OFFICER JOHN DOE, In his Individual ) | |
| and Official Capacity and ) | |
| CITY OF ATLANTA, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants City of Atlanta (the "City"), Officer Matthew P. Abad ("Officer Abad"), by special appearance, and Sergeant Andrew Moline ("Sergeant Moline"), by special appearance, collectively "City Defendants", by and through the undersigned counsel and pursuant to 28 U.S.C. §§1441 and 1446, hereby file this Notice of Removal of Civil Action No. 25EV007602, which was filed in the State Court of Fulton County, Georgia. In support of this Notice of Removal, the City Defendants state as follows:

1.  On July 20, 2025, Plaintiffs Gabriel Smith and Mai Amin filed a

Complaint in the State Court of Fulton County, Georgia styled *Gabriel Smith and Mai Amin v. Officer Matthew P. Abad, Sergeant Andrew Moline, Officer John Doe, and City of Atlanta* and assigned Docket No. 25EV007602.

2. Plaintiff served the City with the *Complaint* and summons on October 1, 2025, a copy of which is attached as Exhibit A.

3. In Paragraph 1 of the *Complaint*, Plaintiff alleges that "this is a civil rights action under 42 U.S.C. § 1983, the First, Fourth and Fourteenth Amendments to the United States Constitution and Georgia law."

4. As such, this action is removable under 28 U.S.C §1441 because it is a civil action over which this Court had original jurisdiction under 28 U.S.C §1331.

5. Because this action was pending in the State Court of Fulton County, Georgia, prior to removal, venue for purposes of removal is proper in this Court under 28 U.S.C. §1441(a).

6. This Notice of Removal is timely filed pursuant to 28 U.S.C.§1446(b), as it is being filed within thirty (30) days after service of the *Complaint* on the City.

7. Written notice of this Notice of Removal, a copy of which is attached as Exhibit B, is being sent to Plaintiffs and to the Clerk of Court for the State Court of Fulton County, Georgia, as provided in 28 U.S.C. §1446(d).

8. The undersigned has reviewed this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, it is well-grounded in fact and warranted by existing law. The undersigned also certifies that this Notice of Removal is not interposed for any improper purpose such as to cause unnecessary delay or to needlessly increase the costs of litigation.

This 28th day of October, 2025.

        **RESPECTFULLY SUBMITTED**,

*/s/ Staci J. Miller*
**STACI J. MILLER**
**Deputy Division Chief**
Georgia Bar No. 601594
(404) 546-4083 *Direct*
sjmiller@atlantaga.gov
*/s/ Jared Casto*
**JARED CASTO**
**Associate Attorney**
Georgia Bar No. 216492
(470) 858-7102 *Direct*
jacasto@atlantaga.gov
***Attorneys for City Defendants***

**CITY OF ATLANTA, DEPARTMENT OF LAW**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
404-546-4100 (Main)

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GABRIEL SMITH and MAI AMIN, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| vs ) | FILE NO. _____ |
| ) | |
| OFFICER MATTHEW P. ABAD, In his ) | |
| Individual and Official Capacity and ) | |
| SERGEANT ANDREW MOLINE, ) | |
| In his Individual and Official Capacity and ) | |
| OFFICER JOHN DOE, In his Individual ) | |
| and Official Capacity and ) | |
| CITY OF ATLANTA, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF FONT**

I hereby certify that the foregoing ***CITY DEFENDANTS' NOTICE OF REMOVAL*** was prepared in Times New Roman 14-point font in conformance with Local Rule 5.1(C).

> BY: *Staci J. Miller*
> **STACI J. MILLER**
> **Deputy Division Chief**
> Georgia Bar No. 601594
> (404) 546-4083 *Direct*
> sjmiller@atlantaga.gov
> /s/ *Jared Casto*
> **JARED CASTO**
> **Associate Attorney**
> Georgia Bar No. 216492

(470) 858-7102 *Direct*
jacasto@atlantaga.gov
***Attorneys for City Defendants***

**CITY OF ATLANTA, DEPARTMENT OF LAW**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
404-546-4100 (Main)

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GABRIEL SMITH and MAI AMIN, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs | ) | FILE NO. _____ |
| | ) | |
| OFFICER MATTHEW P. ABAD, In his | ) | |
| Individual and Official Capacity and | ) | |
| SERGEANT ANDREW MOLINE, | ) | |
| In his Individual and Official Capacity and | ) | |
| OFFICER JOHN DOE, In his Individual | ) | |
| and Official Capacity and | ) | |
| CITY OF ATLANTA, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I filed a true and correct copy of

***CITY DEFENDANTS' NOTICE OF REMOVAL*** with the Clerk of Court using the

CM/ECF system to ensure service upon counsel of record at the following address:

Gabriel Smith
Mai Amin
320 Baldwin Road Apt. 302
Odenton, Maryland 21113
Smith.gtaylor21@gmail.com
maiamin@icloud.com

This 28th day of October, 2025.

6

**RESPECTFULLY SUBMITTED,**

*/s/ Staci J. Miller*
**STACI J. MILLER**
**Deputy Division Chief**
Georgia Bar No. 601594
(404) 546-4083 *Direct*
sjmiller@atlantaga.gov
/s/ *Jared Casto*
**JARED CASTO**
**Associate Attorney**
Georgia Bar No. 216492
(470) 858-7102 *Direct*
jacasto@atlantaga.gov
***Attorneys for City Defendants***

**CITY OF ATLANTA, DEPARTMENT OF LAW**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
404-546-4100 (Main)