```
                                        FILED IN CLERK'S OFFICE
                                          U.S.D.C. - Atlanta

                                            OCT 28 2025

                                        KEVIN P. WEIMER, Clerk
                                        By: _____ Deputy Clerk
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL SMITH and MAI AMIN, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| vs ) | FILE NO. ~~1:25-mi-99999-UNA~~ |
| ) | 1:25-CV-6152-SCJ |
| OFFICER MATTHEW P. ABAD, In his ) | |
| Individual and Official Capacity and ) | |
| SERGEANT ANDREW MOLINE, ) | |
| In his Individual and Official Capacity and ) | |
| OFFICER JOHN DOE, In his Individual ) | |
| and Official Capacity and ) | |
| CITY OF ATLANTA, ) | |
| ) | |
| Defendants. ) | |

## CITY DEFENDANTS' NOTICE OF FILING ELECTRONIC MEDIA

**PLEASE TAKE NOTICE**, Defendants Officer Matthew P. Abad, Sergeant Andrew Moline and City of Atlanta ("Defendants") will file a flash drive containing videos of the following:

- Axon Body 3 Video 2023-07-21 1102 X60A9599Q, hereinafter "Axon BWC";

- Warrant 489 Cairo, hereinafter "Abad BWC";

- Axon Body 3 Video 2023-07-21 1103 X60A9266R, hereinafter "Reeves BWC".

1

This 28th day of October, 2025.

                              **RESPECTFULLY SUBMITTED,**

                              /s/ *Jared Casto*
                              **JARED CASTO**
                              **Associate Attorney**
                              Georgia Bar No 216492
                              (470) 858-7102 *Direct*
                              jacasto@atlantaga.gov
                              /s/ *Staci J. Miller*
                              **STACI J. MILLER**
                              **Deputy Division Chief**
                              Georgia Bar No. 601594
                              (404) 546-4083 *Direct*
                              sjmiller@atlantaga.gov
                              ***Attorneys forCity Defendants***

**CITY OF ATLANTA DEPARTMENT OF LAW**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303-3520
404-546-4100 *(Main)*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GABRIEL SMITH and MAI AMIN, ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| vs ) | FILE NO. 1:25-mi-99999-UNA |
| ) | |
| OFFICER MATTHEW P. ABAD, In his ) | |
| Individual and Official Capacity and ) | |
| SERGEANT ANDREW MOLINE, ) | |
| In his Individual and Official Capacity and ) | |
| OFFICER JOHN DOE, In his Individual ) | |
| and Official Capacity and ) | |
| CITY OF ATLANTA, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this day ***DEFENDANTS' NOTICE OF FILING ELECTRONIC MEDIA*** was filed electronically with the Clerk of Court using the CM/ECF system, which will provide notification to the following counsel of record:

Gabriel Smith
Mai Amin
320 Baldwin Road Apt. 302
Odenton, Maryland 21113
Smith.gtaylor21@gmail.com
maiamin@icloud.com

**RESPECTFULLY SUBMITTED,**

/s/ *Jared Casto*

3

**JARED CASTO**
**Associate Attorney**
Georgia Bar No 216492
(470) 858-7102 *Direct*
jacasto@atlantaga.gov
***Attorneys for City Defendants***

**CITY OF ATLANTA DEPARTMENT OF LAW**
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303-3520
404-546-4100 *(Main)*





**CITY OF ATLANTA**
DEPARTMENT OF LAW
55 TRINITY AVENUE, SW • SUITE 5000
ATLANTA, GEORGIA 30303-3520

City Defendants

1 USB

Smith-Amin
v
City Defs