IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL SMITH and MAI AMIN,<br><br>    Plaintiffs,<br><br>v.<br><br>OFFICER MATTHEW P. ABAD, et al.,<br><br>    Defendants. | CIVIL ACTION FILE .<br>NO. 1:25-CV-6152-SCJ |

**O R D E R**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED**, this 3rd day of November, 2025.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE