IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Civil Division

**GABRIEL SMITH**, *et al*

    Plaintiffs,

vs.

**OFFICER MATTHEW P. ABAD,** *et al*

    Defendants,

Case No.: 1:25-cv-06152-SCJ

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS MOTION TO DISMISS**

**NOW COMES,** Plaintiffs, Gabriel Smith and Mai Amin (the "Plaintiffs"), appearing pro se, and respectfully move this Honorable Court for an extension of time to file a response to Defendants Motion to Dismiss. In support of this motion, Plaintiffs state as follows:

1. On October 28, 2025, Defendants jointly filed a Motion to Dismiss the well-pleaded allegations set forth in Plaintiffs' First Amended Complaint ("FAC").

2. In their motion, Defendants argue at length that probable cause existed for the arrest and criminal charges brought against Plaintiff Smith. In support of this assertion, Defendants improperly attached and relied on purported body-worn camera footage, and attempted to bolster their version of events with narrative interpretation of the content of that footage. This footage is not referenced in

or central to Plaintiffs' FAC and constitutes extrinsic material outside the four corners of the operative pleading.

3. Plaintiffs' current deadline to respond is fourteen (14) days after service of the motion, which is November 12, 2025.

4. Plaintiffs respectfully request an extension of thirty (30) days from that date, up to and including December 12, 2025, to allow adequate time to research and prepare a complete and thorough response.

5. Plaintiffs are proceeding pro se and need additional time to review the complex legal issues and authorities cited in Defendants' motion.

6. This request is made in good faith and not for purposes of delay.

7. This is Plaintiffs' first motion to extend.

8. Prior to the filing of this Motion, Plaintiff Gabriel Smith sent an email to opposing counsel seeking their consent. Opposing counsel did not afford plaintiff the courtesy of responding to the communication, as such, the defendant has not indicated their position on the motion.

**WHEREFORE,** for the foregoing reasons, Plaintiffs respectfully request that this Court grant their motion, and for such other and further relief as may be just and proper.

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local R. 7 .1(D), this is to certify that the foregoing complies with the font and point setting approved by the Court in Local R. 5 .1(B). The foregoing COMPLAINT was prepared on a computer, using Times New Roman 14 point font.

Respectfully Submitted,

*Gabriel Smith*

_____
**GABRIEL SMITH**
PRO-SE PLAINTIFF
Email:  smith.gtaylor21@gmail.com


*Mai Amin*

_____
**MAI AMIN**
PRO-SE PLAINTIFF
Email:  maiamin@icloud.com

320 Baldwin Road Apartment 302
Odenton, Maryland 21113
717-414-3441
Fax: 443-213-1480