FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 12 2025

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Civil Division

**GABRIEL SMITH**, *et al*

    Plaintiffs,

vs.

**OFFICER MATTHEW P. ABAD**, *et al*

    Defendants,

Case No.: 1:25-cv-06152-SCJ

## NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFFS

**WILL THE CLERK OF THE COURT,** please note the change of address for the Plaintiffs' below. Please send all notices, pleadings, orders, and other documents related to this case, to the updated address.

Respectfully Submitted,

*Gabriel Smith*

_____
**GABRIEL SMITH**
PRO-SE PLAINTIFF
Email: smith.gtaylor21@gmail.com


*Mai Amin*

_____
**MAI AMIN**
PRO-SE PLAINTIFF
Email: maiamin@icloud.com

6087 Majors Lane #6
Columbia, Maryland 21045
717-414-3441
Fax: 443-213-1480

## CERTIFICATE OF SERVICE

I hereby certify that I mailed foregoing Notice of Address Change on this __12__ day of _____December_____, 2025. The CM/ECF system will automatically send email notification of such filing to the following attorneys of record. A copy also has been mailed first class mail postage prepaid to:

**JARED CASTO, ESQUIRE**
**STACI J. MILLER, ESQUIRE**
CITY OF ATLANTA LAW DEPARTMENT
55 Trinity Avenue, SW, Suite 5000
Atlanta, Georgia 30303-3520
Counsel for Defendants

*Gabriel Smith*

_____
Gabriel Smith
Plaintiff