IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GABRIEL SMITH and MAI AMIN ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> OFFICER MATTHEW P. ABAD, In his ) <br> Individual and Official Capacity and ) <br> SERGEANT ANDREW MOLINE, In his ) <br> Individual and Official Capacity and ) <br> OFFICER JOHN DOE, In his Individual ) <br> and Official Capacity and CITY OF ) <br> ATLANTA ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> _____) | CIVIL ACTION <br><br> FILE NO. 1:25-cv-06152-TRJ |

### CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Civil Cases Proceeding Before the Honorable Tiffany R. Johnson, and I will comply with its provisions during the pendency of this litigation.

**RESPECTFULLY SUBMITTED,**

*/s/ Staci J. Miller*
**STACI J. MILLER**
**Deputy Division Chief**
Georgia Bar No. 601594
(404) 546-4083 *Direct*
sjmiller@atlantaga.gov

***Attorneys for Defendants***

1

**CITY OF ATLANTA DEPARTMENT OF LAW**
55 Trinity Avenue, SW, Suite 5000
Atlanta, Georgia 30303-3520
Office: (404) 546-4100 (*main*)

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| GABRIEL SMITH and MAI AMIN | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs | ) | FILE NO. 1:25-cv-06152-TRJ |
| | ) | |
| OFFICER MATTHEW P. ABAD, In his Individual and Official Capacity and SERGEANT ANDREW MOLINE, In his Individual and Official Capacity and OFFICER JOHN DOE, In his Individual and Official Capacity and CITY OF ATLANTA | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on this day, the foregoing ***CERTIFICATE OF COMPLIANCE*** was electronically filed using this Court's filing system and all parties listed below were served electronically as follows:

Gabriel Smith
Mai Amin
320 Baldwin Road Apt. 302
Odenton, Maryland 21113
Smith.gtaylor21@gmail.com
maiamin@icloud.com

This 5th day of January 2026.

**RESPECTFULLY SUBMITTED,**

*/s/ Staci J. Miller*
**STACI J. MILLER**
**Deputy Division Chief**
Georgia Bar No. 601594
(404) 546-4083 *Direct*
sjmiller@atlantaga.gov

***Attorneys for Defendants***

**CITY OF ATLANTA DEPARTMENT OF LAW**
55 Trinity Avenue, SW, Suite 5000
Atlanta, Georgia 30303-3520
Office: (404) 546-4100 (*main*)