FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 09 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**Civil Division**

**GABRIEL SMITH,** *et al*

Plaintiffs,

vs.

**OFFICER MATTHEW P. ABAD,** *et al*

Defendants,

Case No.: 1:25-cv-06152-SCJ

**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS'**

**WILL THE CLERK OF THE COURT** please note the change of address for the Plaintiffs' Gabriel Smith and Mai Amin, please send all notices and pleadings to:

10000 Town Center Avenue APT #166
Columbia, Maryland 21044

Respectfully Submitted,

*Gabriel Smith*

**GABRIEL SMITH**
PRO-SE PLAINTIFF
Email: smith.gtaylor21@gmail.com

*Mai Amin*

**MAI AMIN**
PRO-SE PLAINTIFF
Email: maiamin@icloud.com

320 Baldwin Road Apartment 302
Odenton, Maryland 21113
717-414-3441
Fax: 443-213-1480

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 09 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**Civil Division**

**GABRIEL SMITH** , *et al*

Plaintiffs,

vs.

**OFFICER MATTHEW P. ABAD,** *et al*

Defendants,

Case No.: 1:25-cv-06152-SCJ

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed foregoing Notice of Change of Address for Plaintiffs' on this 4th ______day of November 2026. The CM/ECF system will automatically send email notifications of such filing to the following attorneys of record. A copy also has been mailed first class mail postage prepaid to:

**JARED CASTO, ESQUIRE**
**STACI J. MILLER, ESQUIRE**
CITY OF ATLANTA LAW DEPARTMENT
55 Trinity Avenue, SW, Suite 5000
Atlanta, Georgia 30303-3520
Counsel for Defendants

Gabriel Smith

Gabriel Smith
Plaintiff

BALTIMORE MD 212

4 NOV 2026 PM 4 L

PITNEY BOWES
$6.37 0
US POSTAGE
CORRECTION
028W0002310186
9053812812
ZIP 21287
NOV 04 2026

9589 0710 5270 4680 6942 97

CERTIFIED MAIL®
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

To: Civil Clerks Office
2211 75 Ted Turner
Drive, SW Atlanta, GA 30303-3309
United States Courthouse

U.S. Marshals Service
Atlanta, GA 30303

NOV 1 0 2026

pitney bowes